UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | | Crim. No. 10-509 |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| RAQUEL BERGER | : | |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Christine I. Magdo, Assistant U.S. Attorney), and defendant Raquel Berger (by Linda George, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has a right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  The defendant's arraignment took place on August 19, 2010, at which time the Court entered an Order for Discovery, requiring that within 10 days the attorneys for the parties shall meet or confer to resolve any discovery issues prior to the filing of motions, and the United States shall make available or provide copies of discovery materials to the defendant.  The

Order for Discovery also requires the defendant to produce reciprocal discovery within 10 days of receipt of discovery from the United States. The Order for Discovery set a motions due date of August 23, 2010, two business days after the arraignment. This motions due date does not allow the parties sufficient time to exchange discovery and to resolve any discovery issues prior to the filing of motions. Accordingly, both parties request a 30-day continuance in the proceedings.

2. The defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 31st day of August, 2010,

IT IS ORDERED that motions shall be filed by September 23, 2010, opposition to motions shall by filed by October 7, 2010, the argument of the motions is scheduled for October 20, 2010, and the trial is scheduled for October 25, 2010; and

IT IS FURTHER ORDERED that the period from September 27, 2010, through October 25, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

*[signature]*
HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

*[signature]*
CHRISTINE MAGDO
Assistant U.S. Attorney

*[signature]*
LINDA GEORGE, ESQ.
Counsel for defendant Raquel Berger

3