UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | | Crim. No. 10-509 |
| v. | : | |
| | | CONSENT ORDER |
| RAQUEL BERGER | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Christine I. Magdo, Assistant U.S. Attorney), and defendant Raquel Berger (by Linda George, Esq.) for an order modifying the pre-trial briefing schedule, because the United States intends to present a superseding indictment to the grand jury, and for good and sufficient cause shown,

WHEREFORE, on this 28 day of September, 2010,

IT IS ORDERED that defense motions shall be filed by October 8, 2010, the government's reply shall by filed by October 15, 2010, the argument of the motions is scheduled for October 20, 2010, and the trial is scheduled for October 25, 2010.

HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

CHRISTINE MAGDO
Assistant United States Attorney

LINDA GEORGE, ESQ.
Counsel for defendant Raquel Berger