UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                Plaintiffs,           2:10-CR-00509 (JLL)

v.

RAQUEL BERGER

                Defendants.

---

### PROPOSED FORM OF ORDER

**THIS MATTER** having come before the court upon Motion To Extend Time to Comply with Amended Bail Order, Linda George, attorney for defendant, and with the consent of the Government, AUSA, Christine Magdo, and for good cause shown, it is hereby on this 4th day of October 2010,

**ORDERED** that the Motion to Extend Time to fully comply with the Amended Bail Order is granted and hereby continued to November 15, 2010, and it is further;

**ORDERED** that a copy of the within Order be served on all parties within __ days hereof.

                                          _____
                                          HON. ~~PATTY SHWARTZ~~ Jose L. Linares
                                            United States ~~Magistrate~~ District Judge