UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                            :    Crim. No. 10-509 (JLL)
    v.                      :
                            :    ORDER MODIFYING
RAQUEL BERGER               :    CONDITIONS OF RELEASE

This matter having come before the Court on the application of Raquel Berger (by Linda George, Esq.), for an order modifying conditions of release in the above-captioned matter, and Paul J. Fishman, United States Attorney for the District of New Jersey (by Christine Magdo, Assistant United States Attorney) and United States Pretrial Services (by Barbara Hutchinson, United States Pretrial Services Officer) having not opposed the request, and for good and sufficient cause shown;

IT IS on this 4th day of November, 2010,

1. ORDERED that defendant be removed from a program of home incarceration and participate instead in a program of home detention;

2. ORDERED that defendant is restricted to her residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer;

3. ORDERED that employment is not permitted;

4. ORDERED that defendant is to abide by all the

requirements of the program which will include electronic monitoring or other location verification system.

5. ORDERED that other conditions shall remain in full force and effect.

_____
Honorable Jose L. Linares

Form and entry
consented to:

_____
Christine Magdo
Assistant U.S. Attorney

_____
Linda George, Esq.

_____
Barbara Hutchinson
Pretrial Services Officer