UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                      Plaintiffs,                      2:10-CR-00509 (JLL)

     v.

RAQUEL BERGER

                      Defendants.

---

### ~~PROPOSED~~ FORM OF ORDER

---

**THIS MATTER** having come before the court upon Motion To Extend Time to Comply with Amended Bail Order, Linda George, attorney for defendant, and with the consent of the Government, AUSA, Christine Magdo, and for good cause shown, it is hereby on this 22 day of November 2010,

**ORDERED** that the Motion to Extend Time to fully comply with the Amended Bail Order is granted and hereby continued to December 15, 2010, and it is further;

**ORDERED** that a copy of the within Order be served on all parties within __ days hereof.

                                                                         _____
                                                                         **HON. JOSE L. LINARES**
                                                                           **United States District Judge**