UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

        Plaintiff,        2:10-CR-00509 (JLL)

v.

RAQUEL BERGER

        Defendant.

---

## CONSENT ORDER

**THIS MATTER** having come before the court by Linda George, attorney for defendant, and with the consent of the Government, AUSA Andre Espinosa, and for good cause shown, it is hereby on this __10th__ day of December 2010,

**ORDERED** that the Bail Order Modifying Conditions of Release dated November 4, 2010 be amended to relieve the defendant from the condition of home detention as a part of her release which is subject to electronic monitoring, and it is further;

**ORDERED** that the defendant shall remain subject to electronic monitoring with the imposition of a curfew which will restrict her to the home between 10:00 p.m. and 7:00 a.m. and or as may otherwise be deemed appropriate by the pretrial services office or supervising officer; and it is further,

**ORDERED** that employment is not authorized; and it is further

ORDERED that all other applicable prior terms and conditions of bail shall remain in place; and it is further

ORDERED that a copy of the within Order be served on all parties within ___ days hereof.

　　　　　　　　　　　　　　　　　　　　　　　HON. JOSE L. LINARES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Consented to form and entry
of within Order

Andre Espinosa, Assistant United States Attorney,
　Office of United States Attorney for the District of New Jersey