# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                        Plaintiffs,                2:10-CR-00509 (JLL)

    v.

RAQUEL BERGER

                        Defendants.

---

## ~~PROPOSED~~ FORM OF ORDER

---

THIS MATTER having come before the court upon Motion To Extend Time to Comply with Amended Bail Order, Linda George, attorney for defendant, and with the consent of the Government, AUSA, Andre Espinosa, and for good cause shown, it is hereby on this 21st day of December 2010,

ORDERED that the Motion to Extend Time to fully comply with the Amended Bail Order is granted and hereby continued to February 1, 2011, and it is further;

ORDERED that a copy of the within Order be served on all parties within __ days hereof.

                                                _____
                                                HON. JOSE L. LINARES
                                                United States District Judge