UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

               Plaintiff,               2:10-CR-00509 (JLL)

v.

RAQUEL BERGER

               Defendant.

---

## CONSENT ORDER

**THIS MATTER** having come before the court by Linda George, attorney for defendant, and with the consent of the Government, AUSA Andre Espinosa, and for good cause shown, it is hereby on this _9th_ day of May 2011,

**ORDERED** that the Bail Order Modifying Conditions of Release dated June 23, 2010 be amended to permit the defendant to travel to the State of Massachusetts on May 10, 2011, returning on May 11, 2011 or for one two day period during the week of May 9, 2011, and it is further;

**ORDERED** that the other conditions of the bail order shall remain in full force and effect and it is further,

**ORDERED** that a copy of the within Order be served on all parties within _3_ days hereof.

                                                                   HON. JOSE L. LINARES
                                                                   United States District Judge

Consented to form and entry
of within Order

_____  3/9/2011
Andre Espinosa,
Assistant United States Attorney,
  Office of United States Attorney for the District of New Jersey