UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                Plaintiff,             2:10-CR-00509 (JLL)

v.

RAQUEL BERGER

                Defendant.

---

### CONSENT ORDER

---

THIS MATTER having come before the court by Linda George, attorney for defendant, and with the consent of the Government, AUSA Andre Espinosa, and for good cause shown, it is hereby on this 20th day of May 2011,

ORDERED that the Bail Order Modifying Conditions of Release dated June 23, 2010 be amended to permit the defendant to travel to the State of Florida, by car, leaving the State of New Jersey on May 21, 2011 and returning on June 1, 2011, and it is further;

ORDERED that the other conditions of the bail order shall remain in full force and effect and it is further,

ORDERED that a copy of the within Order be served on all parties within ___ days hereof.

                                                    HON. JOSE L. LINARES
                                                    United States District Judge

Consented to form and entry
of within Order

Andre Espinosa,
Assistant United States Attorney,
  Office of United States Attorney for the District of New Jersey