UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                Plaintiff,            2:10-CR-00509 (JLL)

v.

RAQUEL BERGER

                Defendant.

---

## CONSENT ORDER

THIS MATTER having come before the court by Linda George, attorney for defendant, and with the consent of AUSA Andre Espinosa, on behalf of the Government and for good cause shown, it is hereby on this 21st day of June 2011,

**ORDERED** that the Bail Order Modifying Conditions of Release dated June 23, 2010 be amended to eliminate the requirement of electronic monitoring, and it is further;

**ORDERED** that the other conditions of the bail order shall remain in full force and effect and it is further,

**ORDERED** that a copy of the within Order be served on all parties within 3 days hereof.

_____
HON. JOSE L. LINARES
United States District Judge

Consented to form and entry
of within Order

_____
Andre Espinosa,
Assistant United States Attorney,
Office of United States Attorney for the District of New Jersey