UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                Plaintiff,           2:10-CR-00509 (JLL)

v.

RAQUEL BERGER

                Defendant.

---

## CONSENT ORDER

THIS MATTER having come before the court by Linda George, attorney for defendant, and with the consent of AUSA Andre Espinosa and U.S.P.O. Barbara Hutchinson, on behalf of the Government and for good cause shown, it is hereby on this 18th day of ~~June 20~~ July 2011,

ORDERED that the Office of U.S. Probation Office provide defendant with a copy of her passport, and it is further; and

ORDERED that a copy of the within Order be served on all parties within 3 days hereof.

Consented to form and entry
of within Order

Andre Espinosa,
Assistant United States Attorney,
   Office of United States Attorney for the District of New Jersey

HON. JOSE L. LINARES
United States District Judge