# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

--------------------------------------------------------------

UNITED STATES OF AMERICA

                    Plaintiff,           **2:10-CR-00509 (JLL)**

     v.

RAQUEL BERGER

                Defendant.

--------------------------------------------------------------

## CONSENT ORDER

**THIS MATTER** having come before the court by Linda George, attorney for defendant Raquel Berger; and with the consent of the Government, AUSA André M. Espinosa, and U.S.P.O. Elizabeth Auson; and for good cause shown,

It is hereby on this ___11th___ day of August 2011,

**ORDERED** that the Bail Order Modifying Conditions of Release dated June 23, 2010, shall be, and hereby is, amended to permit defendant Raquel Berger to travel to Florida, leaving New Jersey on August 16, 2011, and returning August 24, 2011, and is further;

**ORDERED** that all other applicable prior terms and conditions of bail shall remain in place; and it is further

**ORDERED** that a copy of the within Order be served on all parties within 3 days hereof.

                                  _____

                                    HONORABLE JOSE L. LINARES
                                    United States District Judge

Consented to form and entry
of within Order

_____
André M. Espinosa, AUSA