UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | No. 10-509 (JLL) |
| RAQUEL BERGER | : | ORDER FOR BAIL MODIFICATION |

This matter having come before the court on the application of the defendant, Raquel Berger by her attorney Linda George, Esq., and Paul J. Fishman, United States Attorney for the District of New Jersey (Charlton A. Rugg, Assistant U.S. Attorney appearing), having consented to same, and the United States Pre-trial Services office, (by Elizabeth Charleston) having no objection to same;

IT IS, therefore on this 28th day of June, 2012

ORDERED that the terms of defendant's bail be modified to allow Ms. Raquel Berger to travel to Langhorne, Pennsylvania, or Pennsylvania location as approved by Pretrial Services, from July 3, 2012, through July 7, 2012.

IT IS FURTHER ORDERED that ALL other conditions of the Court's Bail Order previously entered remain in full force and effect.

SEEN AND AGREED:

_____
Charlton A. Rugg
Assistant U.S. Attorney

_____
Linda George, Esq.
Attorney for defendant Raquel Berger

_____
Hon. Jose L. Linares, U.S. District Judge